OPINION — AG — ** AMENDED VERSION OF EARLIER OPINION WITH SAME NUMBER ** NURSES — SCHOOLS — MEDICINES ** (1) A SCHOOL NURSE MAY 'NOT' ADMINISTER NONPRESCRIPTION MEDICATIONS ABSENT A WRITTEN OR VERBAL DIRECTIVE OR ORDER FROM A LICENSED PRACTITIONER OF THE HEALING ARTS. (2) A SCHOOL NURSE MAY, CONSISTENT WITH 59 O.S. 567.3 [59-567.3](2), ADMINISTER A PRESCRIPTION MEDICATION WITHOUT AN ORDER FROM A PHYSICIAN IF SAID MEDICATION IS CONTAINED IN A PRESCRIPTION VIAL WHICH CORRECTLY STATES THE NAME OF THE PATIENT, THE NAME OF THE PRESCRIBER AND DIRECTIONS FOR ADMINISTRATION OF SAID DRUG. (3) EMPLOYEES OF A SCHOOL DISTRICT, OTHER THAN LICENSED PRACTITIONERS OF THE HEALING ARTS, MAY 'NOT' MAKE A MEDICAL DIAGNOSIS NOR ADMINISTER DRUGS WHICH HAVE NOT BEEN PRESCRIBED OR ORDERED BY A LICENSED PRACTITIONER OF THE HEALING ARTS. (4) A POLICY ADOPTED BY A LOCAL BOARD OF EDUCATION WHICH WOULD AUTHORIZE A SCHOOL NURSE TO ADMINISTER OR DISPENSE NONPRESCRIPTION MEDICATIONS TO SCHOOL STUDENTS WOULD BE UNAUTHORIZED BY LAW AND IN CONFLICT OF THE MEDICAL PRACTICE ACT, 59 O.S. 401 [59-401] ET SEQ., AND THE NURSING PRACTICE ACT, 59 O.S. 567.3 [59-567.3](2) (MEDICINE, SCHOOL, DISPENSE, PRACTICE, PROFESSIONAL, PRESCRIPTION) CITE: 70 O.S. 5-117 [70-5-117](15), 70 O.S. 1-116 [70-1-116](7) 70 O.S. 3-104 [70-3-104](20), 59 O.S. 567.3 [59-567.3](2) 59 O.S. 567.3 [59-567.3](2), 59 O.S. 492 [59-492], 25 O.S. 2 [25-2], 59 O.S. 353.1 [59-353.1](7), 59 O.S. 731.3 [59-731.3], 59 O.S. 567.3 [59-567.3], 59 O.S. 353.1 [59-353.1](13), 59 O.S. 731.1 [59-731.1](D), 10 O.S. 170.1 [10-170.1], 10 O.S. 170.2 [10-170.2] (KAY KAREN KENNEDY) ** SEE OPINION NO. 89-058 (1990) **